UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) No. 4:15 CR 524 CDP |
| | ) |
| **KILWA JONES,** | ) |
| | ) |
| **Defendant.** | ) |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE A SEALED DOCUMENT

Comes now the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and John T. Bird, Assistant United States Attorneys for said District, and files this Motion to File a Sealed Document.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

s/ *John T. Bird*
JOHN T. BIRD, #37802MO
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2016, the foregoing was filed electronically via the Court's electronic case filing system upon all parties of record.

s/ *John T. Bird*
JOHN T. BIRD, #37802MO
Assistant United States Attorney